UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE WILLIAMS,<br><br>    Plaintiff,<br><br>        v.<br><br>PEOPLE,<br><br>    Defendants. | NO. CV 20-212-JAK (AGR)<br><br><br>ORDER OF DISMISSAL |

    On January 27, 2020, the Court dismissed Plaintiff's Complaint with leave to file a First Amended Complaint within 30 days after entry of the order. The Court cautioned Plaintiff that failure to file a timely First Amended Complaint could result in dismissal of the action. (Dkt. No. 8.)

    The Court further ordered Plaintiff either to pay the filing fees of $400 or file a request to proceed without prepayment of filing fees within 30 days after entry of the order. The request was to have been filed with the First Amended Complaint. The Court again cautioned Plaintiff that failure to pay the filing fees or file a request to proceed without prepayment of filing fees may result in dismissal of the action. (Dkt. No. 8.)

To date, Plaintiff failed to file a First Amended Complaint or request an extension of time to do so.

Accordingly, IT IS ORDERED that this action is DISMISSED.

**IT IS SO ORDERED.**

DATED: March 13, 2020

JOHN A. KRONSTADT
United States District Judge